Clerk
District Court

JAN 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 05-00003 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **INDICTMENT** |
| JIE HUANG, a/k/a "J," | ) | Title 21 U.S.C., §§ 846, 841(a)(1) & 841(b)(1)(B)- Conspiracy to Distribute And Possess With Intent To Distribute A Controlled Substance (Ct. 1); |
| Defendant. | ) | Title 21 U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Distribution And Possession With Intent To Distribute A Controlled Substance (Cts. 2-5). |

THE GRAND JURY CHARGES:

### COUNT ONE

Conspiracy to Distribute And Possess With Intent To Distribute A Controlled Substance

1.    From in or about May, 2004 through in or about September, 2004, in the District of the Northern Mariana Islands, JIE HUANG, a/k/a "J," the defendant, and others known and unknown, unlawfully, wilfully and knowingly, combined, conspired, confederated and agreed, together and with each other, to distribute and possess with intent to distribute a controlled substance, namely, five grams and more of methamphetamine, in the form commonly known as "ice."

(Title 21, United States Code, Sections 846, 841(a)(1) & 841(b)(1)(B).)

1

1  THE GRAND JURY FURTHER CHARGES:

2  <u>COUNT TWO</u>

3  <u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

4  2. On or about June 1, 2004, in the District of the Northern Mariana Islands,
5  JIE HUANG, a/k/a "J," the defendant, unlawfully, wilfully and knowingly, distributed and
6  possessed with intent to distribute a controlled substance, namely, approximately 1.3 grams of
7  methamphetamine, in a form commonly known as "ice."

8  (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

9  THE GRAND JURY FURTHER CHARGES:

10  <u>COUNT THREE</u>

11  <u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

12  3. On or about June 15, 2004 in the District of the Northern Mariana Islands,
13  JIE HUANG, a/k/a "J," the defendant, unlawfully, wilfully and knowingly, distributed and
14  possessed with intent to distribute a controlled substance, namely, approximately 1.4 grams of
15  methamphetamine, in a form commonly known as "ice."

16  (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

17  THE GRAND JURY FURTHER CHARGES:

18  <u>COUNT FOUR</u>

19  <u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

20  4. On or about July 21, 2004, in the District of the Northern Mariana Islands,
21  JIE HUANG, a/k/a "J," the defendant, unlawfully, wilfully and knowingly, distributed and
22  possessed with intent to distribute a controlled substance, namely, approximately 1.6 grams of
23  methamphetamine, in a form commonly known as "ice."

24  (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

25
26
27
28

THE GRAND JURY FURTHER CHARGES:

## COUNT FIVE

### Distribution And Possession With Intent To Distribute A Controlled Substance

5.   On or about September 22, 2004, in the District of the Northern Mariana Islands, JIE HUANG, a/k/a "J," the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, approximately 1.3 grams of methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

Dated this 27th day of January, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney