F I L E D
 Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JAN 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-05-00003

January 27, 2005
3:10 p.m.

    U.S.A. -v- HUANG, JIE

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
                K. LYNN LEMIEUX, COURTROOM DEPUTY
                SANAE N. SHMULL, COURT REPORTER
                TIM MORAN, ASSISTANT U.S. ATTORNEY
                ROBERT TORRES, ATTORNEY FOR DEFENDANT
                HUANG, JIE, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT

    Defendant **HUANG** appeared with counsel, Attorney Robert Torres. Government was represented by Tim Moran, AUSA.

    Tony Yen was sworn as interpreter/translator of the Mandarin language.

    Defendant was sworn. Court examined the defendant about his knowledge of the charges against him and his constitutional rights.

    Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court ordered jury trial to begin on **MONDAY, March 21, 2005 at 9:00 a.m.** Pretrial motions to be filed no later than Thursday, February 10, 2005.

    Government moved that the defendant remain on "no bail" status due to his being a flight risk and a danger to the community. Defense had no objection at this time. Court ordered that the defendant be held without bail at this time, without prejudice.

    Court ordered that he be remanded into the custody of the U.S. Marshal.

                                      Adj. 3:25 p.m.

                                      K. Lynn Lemieux, Court Deputy