1  **Robert Tenorio Torres**
   **Attorney at Law**
2  1st Floor, D'Torres Bldg.,
   P.O. Box 503758
3  Saipan, MP 96950

4  Tel: (670) 233-7859
   Fax. (670) 233-5749

5  Attorney for Defendant:

6

7

8

F I L E D
Clerk
District Court

MAR 1 0 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

9

| | |
|---|---|
| 10  UNITED STATES OF | Criminal Case No. CR 05-00003 |
| 11  AMERICA, | |
| 12          Plaintiff, | STIPULATED MOTION TO |
| | RESET JURY TRIAL DATE |
| 13      vs. | AND SET HEARING FOR |
| | WAIVER OF SPEEDY TRIAL |
| 14  HUANG, Jie | RIGHT |
| 15          Defendant. | |

*Robert Tenorio Torres*
*Attorney at Law*
*1st Floor ~ D'Torres Building ~ Garapan*
*P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859*

16

17      COME NOW Defendant Huang, Jie through counsel Robert T.

18  Torres, Esq. and Timothy Moran, Assistant U.S. Attorney, and respectfully

19  move the court to reset his jury trial.  The parties are informed that May 31,

20  2005 at 9:00 a.m. is available for a reset trial date.

21      This motion is made pursuant to 18 U.S.C. § 1361(h)(8)(A) on the

22  parties' joint request.  The reason for the request is to allow the parties to

23

4

enter into plea negotiations which would serve the interests of Defendant as well as the ends of justice.

Further, the parties request the Court to schedule a hearing on Friday, March 11, 2005 at 9:30 a.m. to receive Defendant's knowing and voluntary waiver of his right to a speedy trial.

_____          _____
Robert T. Torres, Esq.                   Timothy Moran
Counsel for Defendant                  Assistant U.S. Attorney

_____
HUANG, Jie

Certification of Translator:

I, Tony Yen, hereby certify and declare under penalty of perjury that I translated the foregoing to Defendant Huang, Jie and that he understood its contents and signed it in my presence.

_____
TONY YEN.

## **MINUTE ORDER**

For cause shown, the above-entitled matter is hereby set for a hearing on March 11, 2005 at 9:30 a.m. to receive and confirm Defendant's waiver of speedy trial. Upon finding of a knowing and voluntary waiver by the Court, the matter shall then be reset for a jury trial.

_____          Date: **3-10-05**
ALEX R. MUNSON, Chief Judge

RECEIVED

MAR - 9 2005

Clerk
District Court
For The Northern Mariana Islands

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859