F I L E D
Clerk
District Court

MAR 1 1 2005

For The Northern Mariana Islands
By_____ (Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-05-00003                                          March 11, 2005
                                                     10:10 a.m.

    U.S.A. -v- HUANG, JIE aka "J"

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
               MICHELLE C. MACARANAS, DEPUTY CLERK
               SANAE SHMULL, COURT REPORTER
               TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
               HUANG, JIE, aka "J" DEFENDANT
               ROBERT TORRES, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

    Defendant was present with Attorney Robert Torres. Government by Timothy Moran, AUSA.

    Tony Yen was sworn as interpreter/translator of the Mandarin language.

    Defendant was sworn. Defendant stated that he and his attorney needed more time to prepare for trial.

    Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

    The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **Thursday, June 30, 2005** and that jury trial would commence on **Tuesday, May 31, 2005 at 9:00 a.m.** in this courtroom. The defendant was remanded back into the custody of the U. S. Marshal.

                                                       Court adjourned at 10:25 a.m.

                                                       Michelle C. Macaranas, Deputy Clerk

5