Robert Tenorio Torres
Attorney at Law
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Defendant:

FILED
Clerk
District Court

MAR 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUANG, Jie<br>    Defendant. | Criminal Case No. CR 05-00003<br><br>ORDER FOR CHANGE OF PLEA |

The foregoing matter is hereby set for a change of plea hearing by the defendant, Huang, Jie, through Robert T. Torres, esq., for Wednesday, March 30, 2005 commencing at the hour of 10:00 a.m.

SO ORDERED this 29th day of March, 2005.

_____
ALEX R. MUNSON, Chief Judge

Case 1:05-cr-00003     Document 8-2     Filed 03/29/2005     Page 2 of 2

RECEIVED

MAR 29 2005