FILED
Clerk
District Court

MAR 3 0 2005

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************

CR-05-00003                                                             March 30, 2005
                                                                          10:00 a.m.

UNITED STATES OF AMERICA -V- HUANG, JIE

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ROBERT TORRES, ATTORNEY FOR DEFENDANT
           HUANG, JIE, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Robert Torres. Government was represented by Timothy Moran, AUSA.

Tony Yen was sworn as interpreter/translator.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY**. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that a Presentence Investigation Report be submitted by Tuesday, May 31, 2005 and that the **Sentencing hearing be set for Monday, June 27, 2005 at 9:00 a.m.**

Court remanded the defendant back into the custody of the U.S. Marshal.

                                              Adjourned at 10:40 a.m.

                                              _____
                                              K. Lynn Lemieux, Courtroom Deputy

10