FILED
Clerk
District Court

MAR 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 05-00003 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING SENTENCING DATE |
| HUANG, Jie | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **May 31, 2005**. Sentencing is scheduled for **Monday, June 27, 2005** commencing at the hour of nine o'clock a.m.

DATED this 30th day of March, 2005.

_____
ALEX R. MUNSON, Chief Judge