LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax: (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

JUN 24 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           Plaintiff,   )<br>                              )<br>    v.                        )<br>                              )<br>JIE HUANG,                    )<br>    a/k/a, "J,"              )<br>           Defendant.         )<br>                              )<br>                              )<br>                              )  | Criminal Case No. 05-00003<br><br>STIPULATION |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorneys, of counsel, and Jie Huang, the defendant, by and through his attorney, Robert T. Torres, that the sentencing now scheduled for Monday, June 27, 2005 at 9:00 a.m., shall be rescheduled for **Wednesday, September 7, 2005 at 10:00 a.m.** in order to permit the defendant an opportunity to cooperate with the United States, including possibly testifying at a trial scheduled to begin on August 1, 2005.

/ /

|   |   |
|---|---|
| 1 | LEONARDO M. RAPADAS |
| 2 | United States Attorney<br>District of the Northern Mariana Islands |
| 3 | DATED: 6/24/05          By: _____ |
| 4 | Timothy E. Moran<br>Assistant U.S. Attorney |

DATED: 6/24/05

_____
ROBERT T. TORRES
Attorney for Jie Huang

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

**RECEIVED**

JUN 2 4 2005

Clerk
District Court
For The Northern Mariana Islands

-2-