Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert Tenorio Torres**
**Attorney at Law**
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Defendant:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HUANG, Jie <br> Defendant. | Criminal Case No. CR 05-00003 <br><br> STIPULATION TO RESET SENTENCING HEARING/ ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorneys, of counsel, and Jie Huang, the Defendant, by and through his Attorney, Robert T. Torres, that the sentencing now scheduled for **Wednesday, September 7, 2005 at 10:00 a.m.** shall be rescheduled to **Wednesday, September 14, 2005 at 9:30 a.m.**

The parties make the aforegoing request for the reason that Defendant's Counsel, Robert T. Torres, will be off-island and unavailable to attend.

SO STIPULATED.

8/16/05
DATE

ROBERT T. TORRES, F0197
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the NMI

8/16/05
DATE

TIMOTHY E. MORAN
Assistant U.S. Attorney

SO ORDERED this 16TH day of August, 2005.

HONORABLE ALEX R. MUNSON
Chief Judge
District Court of the NMI

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859